IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CATHY PINCKARD,              )
                             )
     Plaintiff,              )
                             )       CIVIL ACTION NO.
     v.                      )         2:25cv809-MHT
                             )            (WO)
FRANK BISIGNANO,             )
Commissioner of the Social   )
Security Administration,     )
                             )
     Defendant.              )
```

FINAL ORDER AND JUDGMENT

Upon consideration of the unopposed motion for entry of judgment with remand (Doc. 17), it is ORDERED and ADJUDGED that the motion is granted such that the decision of the Commissioner of the Social Security Administration is reversed and the case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration and administrative action.

On remand, the Appeals Council shall instruct the Administrative Law Judge to give further consideration to plaintiff's maximum residual functional capacity and provide appropriate rationale with specific references

to evidence of record in support of the assessed limitations--particularly regarding the need for an assistive device and plaintiff's mental impairments--and, if necessary, assess the impact of any mild paragraph B limitation on plaintiff's ability to perform semi-skilled past work activities, to obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on plaintiff's occupational base, to take any further action needed to complete the administrative record, and to issue a new decision.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 29th day of June, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

2